ACCEPTED
14-14-1029-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/15/2015 9:55:10 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 4502836
By: CHRISTOPHER PRINE
Filed: 3/15/2015 9:55:10 PM

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 10:13:35 PM
CHRISTOPHER A. PRINE
Clerk

**DONALD M. CRANE**
ATTORNEY AT LAW
**810 S. MASON ROAD, SUITE 350**
**KATY, TEXAS 77450**

(281) 392-6611

FAX (281) 392-5383

DONMCRANE@GMAIL.COM

March 17, 2015

**VIA HAND-DELIVERY**

Ms. Jill Bartek, CSR
Official Court Reporter
313th District Court
1200 Congress Avenue, 5th Floor
Houston, Texas 77002

Re:     Cause No. 2014-00466J;  *In the Interest of A.L.H., Child;*
         In the District Court of Harris County, Texas 313th Judicial District;

         Court of Appeals Number:  14-14-1029-CV; *In the Interest of A.L.H.,*
         *Child,* In the Court of Appeals for the 14th District of Texas at Houston

Dear Ms. Bartek:

Please supplement the Reporter's Record in the referenced Court of Appeals cause
as follows:

        1.      Hearing on Motion to Strike Intervention.

        2.      Show Cause Hearing.

        3.      First Permanency Hearing.

March 17, 2015
Ms. Jill Bartek,
Page 2

No filing fee is enclosed as Appellant's indigent status was confirmed by order signed December 17, 2014.

Jill, my cell is (713) 501-8529.  Thank you, and I remain,


Yours Very Truly,



**/s/ Donald M. Crane**
Donald M. Crane




DMC/dmc

Enclosures:   None

cc:  File;

Hand-delivery and
Jill_Bartek@justex.net